**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHAILE STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CEB INC., THOMAS L. MONAHAN, III, GREGOR S. BAILAR, STEPHEN M. CARTER, GORDON J. COBURN, KATHLEEN A. CORBET, L. KEVIN COX, DANIEL O. LEEMON, STACEY S. RAUCH, JEFFREY R. TARR, GARTNER, INC., and COBRA ACQUISITION CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-00226-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION AND RETENTION OF JURISDICTION TO DETERMINE PLAINTIFF'S COUNSEL'S ANTICIPATED <u>APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES</u>**

WHEREAS, on January 5, 2017, CEB, Inc. ("CEB" or the "Company") and Gartner, Inc. ("Gartner") announced that they had entered into an Agreement and Plan of Merger (the "Merger Agreement") pursuant to which Gartner would acquire all of the outstanding shares of CEB in exchange for $54.00 in cash and 0.2284 shares of Gartner common stock per CEB share (the "Transaction");

WHEREAS, on February 6, 2017, Gartner filed a Form S-4 Registration Statement (the "Registration Statement") with the SEC. Among other things, the Registration Statement (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the CEB's Board of Directors determined that the Transaction was in the best interests of CEB's stockholders and recommended the

Transaction, and (iv) summarized the valuation analyses and fairness opinion by the financial advisor to CEB;

WHEREAS, on March 3, 2017, plaintiff Chaile Steinberg ("Plaintiff Steinberg") filed a purported class action lawsuit in the United States District Court for the District of Delaware, on behalf of herself and other public stockholders of CEB, challenging the adequacy of the disclosures made in the Registration Statement, captioned: *Steinberg v. CEB, Inc.*, Case No. 1:17-cv-00226-LPS (the "Action");

WHEREAS, on March 7, 2017, CEB filed its Definitive Proxy Statement (the "Proxy Statement") with the SEC in support of the Transaction;

WHEREAS, the Complaint alleges, among other things, that Defendants CEB, Inc., Thomas L. Monahan, III, Gregor S. Bailar, Stephen M. Carter, Gordon J. Coburn, Kathleen A. Corbet, L. Kevin Cox, Daniel O. Leemon, Stacey S. Rauch, Jeffrey R. Tarr, Gartner, Inc. and Cobra Acquisition Corp. (collectively, the "Defendants") committed disclosure violations under Sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14a-9 promulgated thereunder;

WHEREAS, counsel for the parties engaged in arm's-length negotiations to attempt to resolve the claims raised in the Complaint;

WHEREAS, on March 22, 2017, the parties agreed on a draft of supplemental disclosures related to the Transaction (the "Supplemental Disclosures"), which Plaintiff believes address and moot her claims regarding the sufficiency of the disclosures in the Registration Statement and the Proxy Statement;

WHEREAS, Defendants filed a supplement to the Proxy Statement that included the Supplemental Disclosures on March 24, 2017;

WHEREAS, on April 4, 2017, the CEB stockholders met and voted to approve the Proposed Transaction;

WHEREAS, Plaintiff's counsel believe they may assert a claim for a fee in connection with the prosecution of the Action and the issuance of the Supplemental Disclosures, and have informed Defendants of their intention to petition the Court for such a fee if their claim cannot be resolved through negotiations between counsel for Plaintiff and Defendants (the "Fee Application");

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or her attorneys, and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award; and

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. Plaintiff hereby voluntarily dismisses the Action pursuant to Fed. R. Civ. P. 41(a)(1), and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice;

2. This Court retains jurisdiction over the Action solely for purpose of any potential further proceedings related to Plaintiff's counsel's Fee Application, if such Fee Application becomes necessary;

3. This Stipulation is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiff or Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

May 8, 2017

| RIGRODSKY & LONG, P.A. | MORRIS NICHOLS ARSHT & TUNNEL LLP |
|---|---|
| */s/ Brian D. Long* | */s/ Susan W. Waesco* |
| Seth D. Rigrodsky (#3147) | William M. Lafferty (#2755) |
| Brian D. Long (#4347) | Susan W. Waesco (#4476) |
| Gina M. Serra (#5387) | 1201 North Market Street, 16th Floor |
| 2 Righter Parkway, Suite 120 | Wilmington, DE 19801 |
| Wilmington, DE 19803 | Telephone: (302) 658-9200 |
| Tel.: (302) 295-5310 | Email: wlafferty@mnat.com |
| Facsimile: (302) 654-7530 | swaesco@mnat.com |
| Email: sdr@rl-legal.com | |
| Email: bdl@rl-legal.com | Of Counsel: |
| Email: gms@rl-legal.com | James P. Gillespie, P.C. |
| | Matthew E. Papez, P.C. |
| *Attorneys for Plaintiff* | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| | Email: james.gillespie@kirkland.com |
| | matthew.papez@kirkland.com |
| | |
| | *Attorneys for Defendants CEB, Inc., Thomas L. Monahan, III, Gregor S. Bailar, Stephen M. Carter, Gordon J. Coburn, Kathleen A. Corbet, L. Kevin Cox, Daniel O. Leemon, Stacey S. Rauch, and Jeffrey R. Tarr* |

                WILSON SONSINI GOODRICH & ROSATI PC

                */s/ Bradley D. Sorrels*
                Bradley D. Sorrels (#5233)
                222 Delaware Avenue, Suite 800
                Wilmington, DE 19801
                Email: bsorrels@wsgr.com
                Tel.: (302) 304-7600

                *Attorneys for Defendant Gartner, Inc. and Cobra Acquisition Corp.*

SO ORDERED this _____ day of _____, 2017

                _____
                The Honorable Leonard P. Stark
                United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                              RIGRODSKY & LONG, P.A.

                              */s/ Brian D. Long*
                              Seth D. Rigrodsky (#3147)
                              Brian D. Long (#4347)
                              Gina M. Serra (#5387)
                              2 Righter Parkway, Suite 120
                              Wilmington, DE 19803
                              Tel.: (302) 295-5310
                              Facsimile: (302) 654-7530
                              Email: sdr@rl-legal.com
                              Email: bdl@rl-legal.com
                              Email: gms@rl-legal.com

                              *Attorneys for Plaintiff*